UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 25-2383 (UNA) |
| | ) |
| THE UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's application for leave to proceed *in forma pauperis* and his *pro se* complaint. The Court GRANTS the application and DISMISSES the complaint.

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" if it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). The Court has reviewed plaintiff's complaint, as amended, and finds that its factual allegations, including assertions he received and rejected an appointment as a federal judge, *see* Compl. ¶¶ 13-14, and that "sabotage," *id*. ¶ 29, caused him "to involuntarily become obese," *id*., largely are incoherent, irrational or wholly incredible. As such, the complaint is subject to dismissal as frivolous. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."); *Crisafi v. Holland*, 655 F.2d

1305, 1307–08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind.").

The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.  An Order is issued separately.

/s/
JIA M. COBB
United States District Judge

DATE: August 11, 2025