**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RAJ K. PATEL,

*Plaintiff*,

v.

THE UNITED STATES, et al.,

*Defendants*.

Civil Action No. 1:25-cv-02383 (UNA)

**ORDER**

On August 11, 2025, the Court issued a Memorandum Opinion and Order (ECF Nos. 6-7) dismissing the complaint and this civil action under 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous. This matter has come before the Court on Raj K. Patel's Motion to Reconsider (ECF No. 8), as amended (ECF Nos. 9-14), construed as a motion to alter or amend a judgment under Federal Rule of Civil Procedure 59(e).

A Rule 59(e) motion need not be granted "unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone,* 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citation and internal quotation marks omitted). Plaintiff fails to demonstrate that relief under Rule 59(e) is warranted, and his motion is just as frivolous as the complaint.

It is hereby

**ORDERED** that Plaintiff's motion for reconsideration [8], as amended [9] [10] [11] [12] [13] [14] [15] [16] [18] [20], is **DENIED**.

**SO ORDERED**.

DATE: November 13, 2025

CARL J. NICHOLS
United States District Judge